1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16

| CAROLYN THOMPSON, et al., | ) | Case No.: 1:12-at-00028 |
|---|---|---|
| | ) | |
| | ) | **ORDER GRANTING APPLICATION TO** |
| Plaintiffs, | ) | **PROCEED IN FORMA PAUPERIS** |
| | ) | |
| v. | ) | |
| | ) | (Doc. 3) |
| PANAMA BUENA VISTA UNION | ) | |
| SCHOOL DISTRICT, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

17   On January 17, 2012, Plaintiffs Carolyn Thompson and L.S., on behalf themselves and

18   minors R.T., AS., R.S., and D.S., filed a complaint and applications to proceed *in forma pauperis*

19   pursuant to 28 U.S.C. § 1915. The applications demonstrate entitlement to proceed without

20   prepayment of fees.

21   Accordingly, IT IS HEREBY ORDERED THAT:

22   1.   The applications to proceed *in forma pauperis* are GRANTED;

23   2.   The Clerk of Court is DIRECTED to issue a summons; and

24   3.   The United States marshal is DIRECTED to serve a copy of the complaint, summons,

25   and this order upon the defendant as directed by the plaintiff.

26   IT IS SO ORDERED.

27   **Dated:   January 18, 2012**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE
28