# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN THOMPSON, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>PANAMA BUENA VISTA UNION SCHOOL DISTRICT, et al.<br><br>          Defendants. | Case No.: 1:12-at-00028<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

On January 17, 2012, Plaintiffs Carolyn Thompson and L.S., on behalf themselves and minors R.T., AS., R.S., and D.S., filed a complaint and applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The applications demonstrate entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.      The applications to proceed *in forma pauperis* are GRANTED;

2.      The Clerk of Court is DIRECTED to issue a summons; and

3.      The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   January 18, 2012**          **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE