# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN THOMPSON, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PANAMA-BUENA VISTA UNION<br>SCHOOL DISTRICT, *et al.*,<br><br>　　　　Defendants. | 1:12-cv-00082 LJO GSA<br><br>**ORDER TO SHOW CAUSE<br>REGARDING FAILURE TO SERVE<br>SUMMONS AND COMPLAINT** |

　　　　On January 17, 2012, Plaintiffs Carolyn Thompson, R.T., a minor by and through his next friend Carolyn Thompson, and L.S., and A.S., R.S. and D.S., minors by and through their next friend L.S., individually and on behalf of all others similarly situated, filed a complaint against Defendants Panama Buena Vista Union School District, the Board of Education as trustees, Rita Perucci, as an individual and in her official capacity, Bryan Eakin, as an individual and in his official capacity, and Does 1 through 100, asserting seven separate claims for relief, including numerous civil rights violations, as well as claims of negligent and intentional infliction of emotional distress.  (Doc. 1.)  This Court issued summonses on January 18, 2012.  (Doc. 5.)

1

An Initial Scheduling Conference originally set for April 24, 2012, was continued to May 23, 2012, by the Court.  (*See* Docs. 6 & 7.)

It has come to the Court's attention that, to date, Plaintiffs have filed no documents to show proof of service of the summons and complaint on any of the named Defendants to establish they have complied with Rule 4(*l*) and (m) of the Federal Rules of Civil Procedure, nor have any of the aforementioned Defendants appeared in this action.

**DISCUSSION**

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

As of today's date, 121 days have elapsed since Plaintiffs filed the complaint in this matter.  Thus, this Court ORDERS Plaintiffs, **no later than May 31, 2012**, to show cause in writing why they have failed to: (1) file documents to show proof of service of the summons and complaint on the aforementioned Defendants to comply with Rule 4(*l*) of the Federal Rules of Civil Procedure; and (2) accomplish service of the summons and complaint on the aforementioned Defendants within 120 days of filing the complaint to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

**Plaintiffs are admonished that this Court will recommend dismissal of this action if Plaintiffs fail to comply with this Order and to show good cause for their failure to accomplish service of the summons and complaint.**

IT IS SO ORDERED.

Dated:   **May 17, 2012**                         /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE