UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMPSON, et al., | Case No. 1:12-cv-00082-LJO-JLT |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS |
| vs. | |
| PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, et al., | |
| | (Doc. 27). |
| Defendants. | |

On January 17, 2012, Plaintiffs Thompson, R.T., a minor by and through Thompson, A.S., a minor, by and through L.S, and D.S., by and through L.S. filed a Complaint in this matter. (Doc. 1). On June 25, 2012, the Court granted Plaintiff's former Counsel, Nicole Hodge Amey's request to withdraw as attorney for Plaintiffs.[1]  Plaintiff was served with a copy of the order on the same date.  The Court's June 25, 2012 order required Plaintiff's replacement counsel, if any, to enter an appearance within 60 days of the order.  (Doc. 25).  No appearance by replacement counsel has been filed, and Plaintiff has not notified the Court of her intention to proceed without counsel.

---

[1] There are two other cases pending before this Court that are related to Plaintiffs' current action: 1:12-cv-00744-LJO-JLT and 1:12-cv-00081-LJO-JLT.  A.S. is listed as a plaintiff in those cases, along with L.S. Attorney Amey has been relieved as counsel in all three cases.

1

In addition, no motion for appointment of guardian ad litem has been filed. As a result, the Court orders Plaintiff to show cause why the matter should not be dismissed for failure to comply with the Court's orders and failure to prosecute this action.

**ORDER**

Accordingly, the Court **ORDERS** the following:

1. Plaintiff Thompson is **ORDERED** to show cause within 10 days of service of this order why the matter should not be dismissed for failure of her replacement counsel to enter an appearance or to notify the Court of her intention to proceed without an attorney;

2. As to the minors, Plaintiffs are **ORDERED** to show cause within 10 days of service of this order, why the matter should not be dismissed for the failure of replacement counsel to enter an appearance;

3. Plaintiffs are **ORDERED** to show cause within 10 days of service of this order, why the matter should not be dismissed for their failure to petition for appointment of a guardian ad litem and their failure to prosecute this matter;

4. **Plaintiffs are warned that failure to comply with the Court's order will result in a recommendation that the entire matter be dismissed.**

IT IS SO ORDERED.

Dated:   **August 29, 2012**                    /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE